UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH FARRELL                                         JURY TRIAL DEMANDED

v.                                                     CASE NO. 3:06cv

WEINSTEIN & RILEY, P.S.

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Connecticut Collection Agency Act, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendant purports to be a national law firm experienced in bankruptcy.

5. On or about October 13, 2005, plaintiff filed a Chapter 7 bankruptcy, No. 05-36094 (LMW) in the District of Connecticut.

6. MBNA account # …4427 was included and discharged in the bankruptcy. The discharge was dated Feb. 1, 2006.

7. On and after May 1, 2006, defendant sent Statements to plaintiff, showing a payment of $1,000 on 4-25-2006 on the MBNA account, which plaintiff had not made on that date.

8. On and after May 1, 2006, defendant requested that plaintiff make a remittance on the MBNA account, alleging a "Plan Amount Due" of some $48.22.

9. The Statements did not include any of the notices required by the FDCPA or the parallel state laws.

10. Defendant communicated with plaintiff despite knowledge that he was represented by a bankruptcy attorney with regard to the MBNA account.

11. Defendant sought to collect amounts not due or owing.

12. Defendant misrepresented the character, amount or legal status of the MBNA account.

13. Defendant's collection efforts, including the above, violated 15 U.S.C. §1692c, -e, -f, or –g.

SECOND COUNT

14. The allegations of the First Count are repeated and realleged.

15. Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. §42-110a et seq., causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

　1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

　2. Award the plaintiff costs of suit and a reasonable attorney's fee;

　3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net